UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE GETTLEMAN

MAGISTRATE JUDGE GILBERT

| UNITED STATES OF AMERICA | No. **12CR 395** |
|---|---|
| v. | |
| BRIAN JAMES MOUDRY | Violations: Title 18, United States Code, Sections 844(h) and (i), Title 42, United States Code, Section 3631(a) |
| **UNDER SEAL** | |

**FILED**
5-24-2012
MAY 24 2012
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

## COUNT ONE

The SPECIAL FEBRUARY 2011-2 GRAND JURY charges:

On or about June 17, 2007, at Joliet, in the Northern District of Illinois, Eastern Division,

BRIAN JAMES MOUDRY,

defendant herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building, namely, a house located at 318 South Reed Street in Joliet, Illinois, which was being used in interstate commerce and in an activity affecting interstate commerce;

In violation of Title 18, United States Code, Sections 844(i).

## COUNT TWO

The SPECIAL FEBRUARY 2011-2 GRAND JURY further charges:

On or about June 17, 2007, at Joliet, in the Northern District of Illinois, Eastern Division,

### BRIAN JAMES MOUDRY,

defendant herein, did, by force and threat of force involving the use and attempted use of fire, willfully injure, intimidate, and interfere with, and attempt to injure, intimidate, and interfere with, Victim A and her family, all of whom were African American, because of their race and because they were renting and occupying a dwelling, namely, a house located at 318 South Reed Street in Joliet, Illinois;

In violation of Title 42, United States Code, Section 3631(a).

## COUNT THREE

The SPECIAL FEBRUARY 2011-2 GRAND JURY further charges:

On or about June 17, 2007, at Joliet, in the Northern District of Illinois, Eastern Division,

BRIAN JAMES MOUDRY,

defendant herein, knowingly used fire at 318 South Reed Street in Joliet, Illinois, to commit a felony which may be prosecuted in a court of the United States, namely, a violation of Title 42, United States Code, Section 3631(a), as alleged in Count Two of this indictment;

In violation of Title 18, United States Code, Section 844(h).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY